UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-13230-M |
| | § | |
| RUTH ELLEN WHITWORH | § | |
| | § | CHAPTER 13 |
| DEBTOR | § | |

MOTION TO EXTEND TIME TO FILE PLAN AND SCHEDULES

The Debtor requests an extension of 13 days so the attorney can complete the preparation of plan and the schedules. The Debtor would show the Court the following:

1. The Debtor filed a Chapter 13 petition on June 3, 2005. The Creditor meeting has been scheduled for July 6 @ 4:00 pm and the Confirmation hearing is scheduled for December 20, 2005 @ 9:00 am.
2. The Debtor requests an additional 13 days from the due date to July 1, 2005 to complete the plan and schedules. The Debtor has been out of town and needs the additional 13 days to complete the plan and schedules. Granting of this motion will permit the Debtor to timely file the plan and schedules.

WHEREFORE, the Debtor prays that the Court will grant this Motion to Extend Time to File Plan and Schedules.


Respectfully submitted,

/S/ Lindsay Sharpe
_____
Lindsay Sharpe, Attorney
Texas State Bar No. 18125000
1405 Rio Grande
Austin, Texas 78701
(512) 476-1551

Attorney for Debtor

CERTIFICATE OF SERVICE

I, Lindsay Sharpe, certify that on the date shown below a true and correct copy of the Motion to Extend Time to File Plan and Schedules was mailed, pursuant to Local Rule §9013(g), to the creditors on the attached Schedule A and the Trustee at the following address:

Deborah Langehennig, Trustee
3801 Capital of Texas Highway South, Ste. 320
Austin, TX 78704

U.S. Trustee
903 San Jacinto Blvd, #230
Austin, TX 78701

Dated the 20th day of June, 2005

/S/ Lindsay Sharpe
_____
Lindsay Sharpe

Schedule A

Capital One
P.O. Box 85015
Richmond, VA 23285-5015

Citibank
PO Box 6418
The Lakes, NV 88901-6418

Discover
P.O. Box 30395
Salt Lake City, UT 84130-0395

Ford Motor Credit Co.
PO Box 684848
Austin, TX 78708-4848

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Sears Payment Center
86 Annex
Atlanta, GA 30386-0001

Texas Guaranteed Student Loan Corp.
Attn: Bonnie Brinkley
PO Box 201725
Austin, TX 78720-1725

Travis County Tax Assessor
Nelda Wells Spears, Collector
PO Box 1748
Austin, TX 78767

Travis County Attorney
Karon Y. Wright
PO Box 1748
Austin, TX 78767

TWC
PO Box 149080
Austin, TX 78714-9080

Wal-Mart
PO Box 530939
Atlanta, GA 530939

World Savings
Attn: Bankruptcy Dept. T6F5
PO Box 659558
San Antonio, TX 78265-9558