**Denied. Every debtor counsel represents appears to be stangely out of town after the petition is filed.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is DENIED.**

**Dated: June 21, 2005**

_____
**FRANK R. MONROE
UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-13230-M |
| | § | |
| RUTH ELLEN WHITWORH | § | |
| | § | CHAPTER 13 |
| DEBTOR | § | |

### ORDER EXTENDING TIME TO FILE PLAN AND SCHEDULES

On this day came on to be considered Debtor's Motion to Extend Time to File Plan and Schedules. The Court having considered Debtor's Motion is of the Opinion that the Motion should be GRANTED, and it is

ORDERED that the time for filing Debtor's Plan and Schedules are extended for an additional 13 days, until July 1, 2005

###

