**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 12, 2005**

_____
**FRANK R. MONROE
UNITED STATES BANKRUPTCY JUDGE**

_____

```
            UNITED STATES BANKRUPTCY COURT
             WESTERN DISTRICT OF TEXAS
                   AUSTIN DIVISION
```

In Re: RUTH ELLEN WHITWORTH                  Case No. 05-13230-FM

   Debtor(s)                                 Chapter 13


ORDER FOR SUMMARY DISMISSAL OF CASE


Pursuant to the Standing Order for Case Administration for this Divsion, the Trustee's signature here below certifies that this case should be summarily dismissed because the Debtor(s) failed to:

1. ___    timely file a Plan and/or Schedules; or

2. _X_    attend the scheduled First Meeting of Creditors; or

3. ___    remain current on plan payments under the Debtor's(s') Confirmed Plan; or

4. ___    comply with the provisions of a previously filed order.

###

I certify that the above facts are true,

____/s/ Deborah Langehennig_____

Deborah Langehennig, Trustee
3801 Capital of Texas Hwy. S. #320
Austin, Texas 78704
(512) 912-0305

Date: July 11, 2005