UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN, DIVISION

IN RE: * CASE NO 05-13230-M
  *
RUTH ELLEN WHITWORTH *
  *
DEBTOR * CHAPTER 13

DEBTOR'S MOTION TO REINSTATE CASE

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.

IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE, NO HEARING WILL BE HELD AND THE RELIEF REQUESTED IN THE MOTION WILL BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.

The Debtor's case was dismissed on a summary dismissal from the Trustee on July 11, 2005. The Debtors ask the Court to reinstate her Chapter 13 case. The Debtor has filed her schedules and plan. The Debtor's attorney was out of town the day of the scheduled 341 Meeting of Creditors, but could not get a rescheduled 341 hearing because at the time of the request the Debtor's schedules and plan were not filed. The Debtor's schedules and plan were filed on July 1, 2005 and request a re-set of the Debtor's 341 hearing.

WHEREFORE, The Debtor asks that the court vacate order dismissing and reinstate her case.

Respectfully submitted,

/S/ Lindsay Sharpe
_____
Lindsay Sharpe
1405 Rio Grande
Austin, TX 78701
(512) 476-1551

FAX (512) 474-8500
Texas Bar No. 18125000

## CERTIFICATE OF SERVICE

I, Lindsay Sharpe, certify that on the date shown below, a true and correct copy of the Motion to Reinstate Case for this Chapter 13 and Order Reinstating Case was mailed First Class mail, postage prepaid, to the creditors shown on Schedule A and the U.S. Trustee at the corrected address below;

| | |
|---|---|
| Deborah B. Langehennig, Trustee | US Trustee |
| 3801 Capital of Texas Highway South, Ste. 320 | 903 San Jacinto Blvd #230 |
| Austin, TX 78704 | Austin, TX 78701 |

Dated the 22nd day of July, 2005

/S/ Lindsay Sharpe

_____
Lindsay Sharpe
1405 Rio Grande
Austin, Texas 78701
State Bar No. 18125000
(512) 476-1551

Schedule A

```
Capital One
P.O. Box 85015
Richmond, VA 23285-5015

Citibank
P.O. Box 6418
The Lakes, NV 88901-6418

Discover
P.O. Box 30395
Salt Lake City, UT 84130-0395

Ford Motor Credit Co
PO Box 684848
Austin, TX 78708-4848

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Sears
Payment Center
86 Annex
Atlanta, GA 30386-0001

Texas Guaranteed Student Loan Corp.
```

```
Attn: Bonnie Brinkley
PO Box 201725
Austin, TX 78720-1725

Travis County Tax Assessor
Nelda Wells Spears, Collector
P.O. Box 1748
Austin, TX 78767

Travis County Tax Collector
Nelda Wells Spears
PO Box 1748
Austin, TX 78767

TWC
PO Box 149080
Austin, TX 78714-9080

Wal-Mart
PO Box 530939
Atlanta, GA 530939

World Savings
Attn: Bankruptcy Dept. T6F5
PO Box 659558
San Antonio, TX 78265-9558
```