

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 17, 2005**

_____
**FRANK R. MONROE
UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN, DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO 05-13230-M |
| | * | |
| RUTH ELLEN WHITWORTH | * | |
| | * | |
| DEBTOR | * | CHAPTER 13 |

ORDER REINSTATE CASE

Came on for hearing the Attorney's Motion to Reinstate for this Chapter 13 Case, and the Court noted that it had jurisdiction, that the motion was proper and made pursuant to 11 U.S.C. §1307(b), all interested parties had been served, there were no objections to the withdrawal, and it is therefore,

ORDERED that the case is reinstated.

###