**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

```
In Re: RUTH ELLEN WHITWORTH                   Case No. 05-13230-FM
Debtor(s)                                     Chapter 13

SSN: XXX-XX-5251
```
_____
RESETTING  Notice
_____

   The Section 341 Meeting of Creditors in the above-referenced case has been   reset   from 7/6/2005 AT 4:00 P.M.    to the   reset date of 9/21/2005 AT 3:00 P.M.  . The plan confirmation hearing date is   reset   from 12/20/2005 to 2/28/2006 AT 9:00 A.M.    in AUSTIN, Texas. All other information remains the same.


                        /s/ Deborah Langehennig
                        _____
                        Deborah Langehennig, Chapter 13 Trustee
                        3801 Capital of Texas Hwy. S. #320
                        Austin, Texas 78704


Dated: August 25, 2005

WHITWORTH                                                    CASE NO. 05-13230-FM

## CERTIFICATE OF SERVICE

    I Hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on August 25, 2005   . A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankrutpcy Clerk's Office.

                              /s/ Deborah Langehennig
                              _____
                              Deborah Langehennig, Chapter 13 Trustee
                              3801 Capital of Texas Hwy. S. #320
                              Austin, Texas 78704
                              (512) 912-0305