UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN, DIVISION

IN RE:                              *          CASE NO 05-13230-M
                                    *
RUTH E. WHITWORTH                   *
                                    *
                                    *
DEBTOR                              *          CHAPTER 13

ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL

The Attorney would like to withdraw from the Chapter 13 case and show the Court as follows;

1.  This Court has jurisdiction under 28 USC §1334(a), and 28 USC §157(b)(2)(A) relating to the administration of the estate.  This is a core proceeding.

2.   This request is made because the Debtor failed to meet her obligations under the Bankruptcy Code.

WHEREFORE, the Attorney requests that the Court allow Lindsay Sharpe to withdraw as attorney of record for this Chapter 13 bankruptcy and allow the Debtor to proceed pro se.

Respectfully submitted,

/S/ Lindsay Sharpe
_____
Lindsay Sharpe
1405 Rio Grande
Austin, TX  78701
(512) 476-1551
FAX (512) 474-8500
Texas Bar No. 18125000

## CERTIFICATE OF SERVICE

I, Lindsay Sharpe, certify that on the date shown below, a true and correct copy of the ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL for this Chapter 13 and Order Alllowing Attorney to withdraw, was mailed First Class mail, postage prepaid, to the creditors shown on Schedule A and the U.S. Trustee at the corrected address below;

Deborah B. Langehennig, Trustee
3801 Capital of Texas Highway South, Ste. 320
Austin, TX 78704

U.S. Trustee
903 San Jacinto Blvd, #230
Austin, TX 78701

Dated the 4th day of October, 2005

/S/ Lindsay Sharpe

_____

Lindsay Sharpe
1405 Rio Grande
Austin, Texas  78701
State Bar No. 18125000
(512)  476-1551

Schedule A
Capital One
P.O. Box 85015
Richmond, VA 23285-5015

Citibank
P.O. Box 6418
The Lakes, NV 88901-6418

Debt Free
PO Box 22052
Tempe, AZ 85285

Discover
P.O. Box 30395
Salt Lake City, UT 84130-0395

ERS
2400 S. Wolf Road, Ste. 200
Westchester, IL 60154

Ford Motor Credit Co
PO Box 684848
Austin, TX 78708-4848

Internal Revenue Service 13
Special Procedures - Ch. 13
300 E. 8th St., Stop 5026 AUS
Austin, TX 78701

Sears
Payment Center
86 Annex
Atlanta, GA 30386-0001

Texas Guaranteed Student Loan Corp.
Attn: Bonnie Brinkley
PO Box 201725
Austin, TX 78720-1725

Travis County Tax Assessor
Nelda Wells Spears, Collector
P.O. Box 1748
Austin, TX 78767

Travis County Tax Collector
Nelda Wells Spears
PO Box 1748
Austin, TX 78767

TWC
PO Box 149080
Austin, TX 78714-9080

Wal-Mart
PO Box 530939
Atlanta, GA 530939

World Savings
Attn: Bankruptcy Dept. T6F5
PO Box 659558
San Antonio, TX 78265-9558