**BAXTER & SCHWARTZ, P.C.**            File Number 385000058
Tel: (713) 933-1547/Fax: (713) 460-3595
Attorneys for WORLD SAVINGS BANK, FSB

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-13230-FRM-13 |
| **RUTH ELLEN WHITWORTH** | § | |
| Debtor | § | CHAPTER 13 |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PLEADINGS

    COMES NOW, Baxter & Schwartz, P.C., attorneys for Creditor WORLD SAVINGS BANK, FSB, its successors in interest and assigns, hereby requests receipt of all copies of notices and pleadings, including but not limited to all notices sent pursuant to Rule 2002 of the Bankruptcy Rules and copies of all pleadings filed pursuant to Bankruptcy and Local Rules 4001, 9007, and 9013. Copies of all such notices and pleadings should be addressed to:

> BAXTER & SCHWARTZ, P.C.
> ATTN: BANKRUPTCY DEPARTMENT
> 5450 NW CENTRAL, SUITE 307
> HOUSTON, TX 77092

Respectfully submitted,
**BAXTER & SCHWARTZ, P.C.**
/s/Angela K. Randermann
ANGELA K. RANDERMANN
State Bar No. 24029787 (31688)

### CERTIFICATE OF SERVICE

    I do hereby certify that true and correct copies of the foregoing have been noticed electronically or forwarded by First Class US Mail, postage prepaid to the following parties on October 20, 2005.

/s/ Angela K. Randermann
ANGELA K. RANDERMANN

| Trustee | Debtor Attorney |
|---|---|
| DEBORAH B. LANGEHENNIG | LINDSAY O. SHARPE |
| BARTON CREEK PLAZA II, STE 320 | 1405 RIO GRANDE |
| 3801 CAPITAL OF TEXAS HIGHWAY SOUTH | AUSTIN, TX 78701 |
| AUSTIN TX 78704 | |