Christopher K. Baxter SBOT 90001747  File Number 385000058
Kirk A. Schwartz SBOT 24004908
**BAXTER & SCHWARTZ, P.C.**
Attorneys for WORLD SAVINGS BANK, FSB

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-13230-FRM |
| **RUTH ELLEN WHITWORTH** | § | |
| Debtor | § | CHAPTER 13 |

### OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

COMES NOW, WORLD SAVINGS BANK, FSB, a secured creditor and party in interest, hereinafter called "Claimant," and files this Objection to Confirmation of Debtor's Chapter 13 Plan and would respectfully show the Court the following:

1. Claimant is the holder of a lien secured by real property of the Debtor described as:

LOTS 49 & 50, HAMILTON HILLS, AN ADDITION IN TRAVIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN BOOK 58, PAGE 93, OF THE PLAT RECORDS OF TRAVIS COUNTY, TEXAS.

PROPERTY ALSO KNOWN AS: 20808 HAMILTON POOL ROAD, DRIPPING SPRINGS, TX, 786202827

2. Debtor does not have a feasible Plan. On its face, it does not appear that Debtor will be able to make all payments under the Plan and to comply with the Plan. Therefore, confirmation should be denied as not meeting the requirements of 11 U.S.C. §§1322 and 1325.

3. The Plan does not treat Claimant's claim properly. Confirmation should be denied, as the Plan does not meet the requirements of 11 U.S.C. §1325.

   a. The total pre-petition arrearage is $30,879.82, as stated in Claimant's Proof of Claim, filed on or about 10/3/2005, and incorporated herein for all purposes. The Debtor's Plan provides only $15,000.00 for Claimant's secured arrearage claim.

   b. Said Claim includes Insurance disbursements of $10,189.86 and Tax disbursements of $13,503.63. Debtor's Plan fails to provide for the payment of taxes or insurance regarding the Property.

WHEREFORE, PREMISES CONSIDERED, Claimant prays that upon hearing of this Objection to Debtor's Chapter 13 Plan, the Court sustain the Objection and deny Confirmation until such time as Debtor proposes a Plan that provides for the total arrearage set forth in Claimant's proof of claim, and for all other relief, at law or in equity, as is just.

Respectfully submitted,

**BAXTER & SCHWARTZ, P.C.**

/s/ Angela K. Randermann
ANGELA K. RANDERMANN
State Bar Number 24029787 (31688)
CRISTINA PLATON CAMARATA
State Bar No. 16061560 (13685)
5450 NW Central, Suite 307
Houston, Texas 77092
Ph: (713) 933-1522 Fax: (713) 460-3595
**Attorneys for WORLD SAVINGS BANK, FSB**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection has been served on all parties as identified below by electronic notice or First Class US Mail, postage prepaid on October 20, 2005.

/s/ Angela K. Randermann
ANGELA K. RANDERMANN

Debtors
RUTH ELLEN WHITWORTH
601 PECAN GROVE
AUSTIN, TX 78701

Debtor Attorney
LINDSAY O. SHARPE
1405 RIO GRANDE
AUSTIN, TX 78701

Chapter 13 Trustee
DEBORAH B. LANGEHENNIG
BARTON CREEK PLAZA II, STE 320
3801 CAPITAL OF TEXAS HIGHWAY SOUTH
AUSTIN, TX 78704