# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 05–13230–frm
Chapter No.: 13
Judge: Frank R. Monroe

IN RE: **Ruth Ellen Whitworth** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **3/21/06 at    10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): [16] Motion to Withdraw Attorney filed by Lindsay O. Sharpe for Debtor Ruth Ellen Whitworth (Sharpe, Lindsay)) Hearing Scheduled For 3/21/2006 at 10:00 AM at Austin Courtroom 1 (Chapman, Anita)

Dated: 2/24/06

George D. Prentice II
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]