**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 01, 2006**

_____
**FRANK R. MONROE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS / AUSTIN DIVISION

IN RE:                                         CASE NO.  05-13230FM
    RUTH ELLEN WHITWORTH                                 CHAPTER 13

DEBTOR(S)

-----------------------------------------------------------------
    ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN WITH CONDITIONS
-----------------------------------------------------------------

Came on to be heard on this 28TH day of FEBRUARY 2006 , in

AUSTIN, TEXAS, the Confirmation Hearing for the above referenced

case, at which, Deborah Langehennig, Trustee appeared in person and

the Debtor(s) appeared by and through their attorney of record.

    THE COURT FINDS THAT THE DEBTOR(S) SHALL HAVE 30
    DAYS FROM THE DATE OF THIS HEARING TO FILE AN AMENDED
    CHAPTER 13 PLAN OR DISMISS OR CONVERT TO A CHAPTER 7 OR
    THE CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR
    HEARING UPON SUBMISSION BY THE TRUSTEE OF AN ORDER
    FOR SUMMARY DISMISSAL OF CASE.

    THE COURT ALSO FINDS THAT IF THE DEBTOR(S) FILE AN AMENDED
    PLAN, THAT PLAN MUST BE GRANTED CONFIRMATION AT THE NEXT
    PLAN CONFIRMATION HEARING SCHEDULED IN THIS CASE OR THE
    CASE MAY BE DISMISSED AT THE PLAN CONFIRMATION HEARING
    UPON THE TRUSTEE'S SUBMISSION OF AN ORDER DISMISSING THE
    CASE

    IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the
Confirmation of the Chapter 13 Plan is DENIED.
                    ###