**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 21, 2006**

_____
**FRANK R. MONROE
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN, DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO 05-13230-M |
| | * | |
| RUTH ELLEN WHITWORTH | * | |
| | * | |
| DEBTOR | * | CHAPTER 13 |

ORDER ALLOWING ATTORNEY TO WITHDRAW

Came on for hearing the Attorney's Motion to Withdraw as Attorney for this Chapter 13 Case, and the Court noted that it had jurisdiction, that the motion was proper and made pursuant to 11 U.S.C. §1307(b), all interested parties had been served, there were no objections to the withdrawal, and it is therefore,

ORDERED that the Attorney Lindsay Sharpe is allowed to withdraw

###

05-13230-frm Doc#24 Filed 03/22/06 Entered 03/22/06 09:08:12 Main Document Pg 2 of 2