**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 04, 2006**

_____
**FRANK R. MONROE
UNITED STATES BANKRUPTCY JUDGE**

_____

```
           UNITED STATES BANKRUPTCY COURT
            WESTERN DISTRICT OF TEXAS
                 AUSTIN DIVISION

In Re: RUTH ELLEN WHITWORTH                Case No. 05-13230-FM

       Debtor(s)                           Chapter 13
```

ORDER FOR SUMMARY DISMISSAL OF CASE

Pursuant to the Standing Order for Case Administration for this Divsion, the Trustee's signature here below certifies that this case should be summarily dismissed because the Debtor(s) failed to:

1. \_\_\_     timely file a Plan and/or Schedules; or

2. \_\_\_     attend the scheduled First Meeting of Creditors; or

3. \_\_\_     remain current on plan payments under the Debtor's(s') Confirmed Plan; or

4. _X_     comply with the provisions of a previously filed Order Denying Confirmation

###

I certify that the above facts are true,

   /s/ Deborah Langehennig

Deborah Langehennig, Trustee
3801 Capital of Texas Hwy. S. #320
Austin, Texas 78704
(512) 912-0305

Date: March 30, 2006