UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: RUTH ELLEN WHITWORTH                           CASE NO. 05-13230-FM

DEBTOR(S)                                             CHAPTER 13

## FINAL REPORT AND ACCOUNT

This case was commenced on Jun 03, 2005. The Chapter 13 Plan is not confirmed. This case was concluded on Apr 04, 2006.

This case is  **DISMISSED PRIOR TO CONFIRMATION**  .
The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements.

TOTAL RECEIPTS (Amount paid to the Trustee by or for the Debtor(s) for the benefit of creditors): $ 5,326.43 .

DISBURSEMENTS TO CREDITORS
_____

| CREDITOR NAME | CLASSIFICATION | CLAIM ALLOWED | PRINCIPAL PD. | INTEREST PD. | BALANCE DUE |
|---|---|---:|---:|---:|---:|
| CAPITAL ONE FINANCIAL | NOT FILED | .00 | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | UNSECURED | 5,230.12 | .00 | .00 | 5,230.12 |
| DISCOVER FINANCIAL SERVICES | UNSECURED | 695.77 | .00 | .00 | 695.77 |
| FORD MOTOR CREDIT COMPANY | DIRECT PAY | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOT FILED | .00 | .00 | .00 | .00 |
| LINDSAY SHARPE | NOT FILED | .00 | .00 | .00 | .00 |
| SEARS NATIONAL BANK | NOT FILED | .00 | .00 | .00 | .00 |
| TEXAS GUARANTEED STUDENT LOAN | UNSECURED | 1,819.17 | .00 | .00 | 1,819.17 |
| TRAVIS COUNTY TAX ASSESSOR | NOT FILED | .00 | .00 | .00 | .00 |
| TRAVIS COUNTY TAX ASSESSOR | NOT FILED | .00 | .00 | .00 | .00 |
| TEXAS WORKFORCE COMMISSION | NOT FILED | .00 | .00 | .00 | .00 |
| WAL MART | NOT FILED | .00 | .00 | .00 | .00 |
| WORLD SAVINGS | DIRECT PAY | 116,002.01 | .00 | .00 | .00 |
| A+ FEDERAL CREDIT UNION | DIRECT PAY | .00 | .00 | .00 | .00 |
| WORLD SAVINGS | ARREARAGE | 30,879.82 | 3,936.67 | .00 | 26,943.15 |
| FORD MOTOR CREDIT COMPANY | SECURED | .00 | .00 | .00 | .00 |
| BAXTER & SCHWARTZ PC | NOTICE ONLY | .00 | .00 | .00 | .00 |

WHITWORTH                                                         CASE NO. 05-13230-FM

| CREDITOR NAME | CLASSIFICATION | CLAIM ALLOWED | PRINCIPAL PD. | INTEREST PD. | BALANCE DUE |
|---|---|---|---|---|---|
| LINDSAY SHARPE | PRIORITY | 972.00 | 972.00 | .00 | .00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY UNSECURED | GENERAL UNSECURED | OTHER EXPENSE | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT. | 146881.83 | 972 | 7745.06 |  | 155598.89 |
| PRIN. PAID | 3936.67 | 972 | 0 |  | 4908.67 |
| INT. PAID | 0 | 0 | 0 |  | 0 |

TOTAL PAID (PRINCIPAL AND INTEREST)  4908.67

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

DEBTOR'S ATTORNEY                FEE ALLOWED      FEE PAID

PRO SE - DEBTOR                         .00              .00

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

TRUSTEE EXPENSE AND COMPENSATION FUND: $   417.76

REFUNDS TO DEBTOR(S): $     .00

    Wherefore, the Trustee requests that a Final Decree be entered discharging the Trustee and releasing the Trustee's surety from any and all liability on account of the proceeding, and closing the estate.

/s/ Deborah Langehennig
_____
Deborah Langehennig, Trustee
3801 Capital of Texas Hwy S., Suite 320
Austin, Texas 78704-6640
(512) 912-0305