UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: RUTH ELLEN WHITWORTH                           CASE NO. 05-13230-FM

DEBTOR(S)                                             CHAPTER 13

## FINAL REPORT AND ACCOUNT

This case was commenced on Jun 03, 2005. The Chapter 13 Plan is not confirmed. This case was concluded on Apr 04, 2006.

This case is    **DISMISSED PRIOR TO CONFIRMATION**                        .
The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements.

TOTAL RECEIPTS (Amount paid to the Trustee by or for the Debtor(s) for the benefit of creditors): $  5,326.43 .

DISBURSEMENTS TO CREDITORS

| CREDITOR NAME | CLASSIFICATION | CLAIM ALLOWED | PRINCIPAL PD. | INTEREST PD. | BALANCE DUE |
|---|---|---:|---:|---:|---:|
| CAPITAL ONE FINANCIAL | NOT FILED | .00 | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | UNSECURED | 5,230.12 | .00 | .00 | 5,230.12 |
| DISCOVER FINANCIAL SERVICES | UNSECURED | 695.77 | .00 | .00 | 695.77 |
| FORD MOTOR CREDIT COMPANY | DIRECT PAY | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOT FILED | .00 | .00 | .00 | .00 |
| LINDSAY SHARPE | NOT FILED | .00 | .00 | .00 | .00 |
| SEARS NATIONAL BANK | NOT FILED | .00 | .00 | .00 | .00 |
| TEXAS GUARANTEED STUDENT LOAN | UNSECURED | 1,819.17 | .00 | .00 | 1,819.17 |
| TRAVIS COUNTY TAX ASSESSOR | NOT FILED | .00 | .00 | .00 | .00 |
| TRAVIS COUNTY TAX ASSESSOR | NOT FILED | .00 | .00 | .00 | .00 |
| TEXAS WORKFORCE COMMISSION | NOT FILED | .00 | .00 | .00 | .00 |
| WAL MART | NOT FILED | .00 | .00 | .00 | .00 |
| WORLD SAVINGS | DIRECT PAY | 116,002.01 | .00 | .00 | .00 |
| A+ FEDERAL CREDIT UNION | DIRECT PAY | .00 | .00 | .00 | .00 |
| WORLD SAVINGS | ARREARAGE | 30,879.82 | 3,936.67 | .00 | 26,943.15 |
| FORD MOTOR CREDIT COMPANY | SECURED | .00 | .00 | .00 | .00 |
| BAXTER & SCHWARTZ PC | NOTICE ONLY | .00 | .00 | .00 | .00 |

WHITWORTH                                                                CASE NO. 05-13230-FM

| CREDITOR NAME | CLASSIFICATION | CLAIM ALLOWED | PRINCIPAL PD. | INTEREST PD. | BALANCE DUE |
|---|---|---|---|---|---|
| LINDSAY SHARPE | PRIORITY | 972.00 | 972.00 | .00 | .00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY UNSECURED | GENERAL UNSECURED | OTHER EXPENSE | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT. | 146881.83 | 972 | 7745.06 |  | 155598.89 |
| PRIN. PAID | 3936.67 | 972 | 0 |  | 4908.67 |
| INT. PAID | 0 | 0 | 0 |  | 0 |

TOTAL PAID (PRINCIPAL AND INTEREST)  4908.67

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

DEBTOR'S ATTORNEY                FEE ALLOWED      FEE PAID

PRO SE - DEBTOR                         .00             .00

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

TRUSTEE EXPENSE AND COMPENSATION FUND: $    417.76

REFUNDS TO DEBTOR(S): $      .00

    Wherefore, the Trustee requests that a Final Decree be entered discharging the Trustee and releasing the Trustee's surety from any and all liability on account of the proceeding, and closing the estate.

/s/ Deborah Langehennig
_____
Deborah Langehennig, Trustee
3801 Capital of Texas Hwy S., Suite 320
Austin, Texas 78704-6640
 (512) 912-0305

# CERTIFICATE OF SERVICE

```
District/off: 0542-1           User: admin              Page 1 of 1                  Date Rcvd: May 29, 2006
Case: 05-13230                 Form ID: pdfapac         Total Served: 19
```

The following entities were served by first class mail on Jun 01, 2006.
```
db          +Ruth Ellen Whitworth,    601 Pecan Grove,    Austin, TX 78704-2507
cr          +World Savings Bank, FSB,    c/o Baxter & Schwartz PC,    5450 NW Central, Suite 307,
              Houston, TX 77092-2063
12300881     Capital One,    P.O. Box 85015,    Richmond, VA 23285-5015
12300882     Citibank,    P.O. Box 6418,    The Lakes, NV 88901-6418
12300884    +Ford Motor Credit Co,    PO Box 684848,    Austin, TX 78768-4848
12300885   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    PO Box 21126,
              Philadelphia, PA 19114-0326)
12541221     LVNV Funding LLC,    Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
12300886    +Lindsay Sharpe,    1405 Rio Grande,    Austin, TX 78701-1505
12300887     Sears,   Payment Center,    86 Annex,    Atlanta, GA 30386-0001
12335069    +TEXAS GUARANTEED STUDENT LOAN,    P O BOX 83100,    ROUNDROCK, TX 78683-3100
12300891     TWC,    PO Box 149080,    Austin, TX 78714-9080
12300888     Texas Guaranteed Student Loan Corp.,    Attn: Bonnie Brinkley,    PO Box 201725,
              Austin, TX 78720-1725
12300889    +Travis County Tax Assessor,    Nelda Wells Spears, Collector,    P.O. Box 1748,
              Austin, TX 78767-1748
12300890    +Travis County Tax Collector,    Nelda Wells Spears,    PO Box 1748,    Austin, TX 78767-1748
12300892    +Wal-Mart,    PO Box 530939,    Atlanta, GA 30353-0939
12556746    +World Savings,    PO Box 659558,    San Antonio, TX 78265-9558
12300893     World Savings,    Attn: Bankruptcy Dept. T6F5,    PO Box 659558,    San Antonio, TX 78265-9558
```

The following entities were served by electronic transmission on May 29, 2006 and receipt of the transmission was confirmed on:
```
12326938    +E-mail: mrdiscen@discoverfinancial.com May 29 2006 21:01:37     DISCOVER FINANCIAL SERVICES,
              PO BOX 8003,    HILLIARD OHIO 43026-8003
12300883     E-mail: mrdiscen@discoverfinancial.com May 29 2006 21:01:37     Discover,   P.O. Box 30395,
              Salt Lake City, UT 84130-0395
                                                                                             TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 01, 2006**                              **Signature:** *Joseph Speetjens*